Case 4:18-cv-02120   Document 87   Filed on 06/30/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNIE DANIELS, Individually and on behalf of similarly situated individuals<br>　　　　　Plaintiffs,<br><br>v.<br><br>OPTEL TECHNOLOGIES INC., OPTEL VISION, INC. AND OPTEL GROUP USA, INC.,<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>CIVIL ACTION NO. 4:18-cv-02120<br><br><br><br><br><br>JURY DEMANDED |

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL:
(1) REVISED SETTLEMENT AGREEMENT;
(2) FIRST AMENDED AGREED MOTION
FOR APPROVING SETTLEMENT AND ENTRY OF
FINAL JUDGEMENT DISMISSING LAWSUIT WITH PREJUDICE;
(3) BRIEF IN SUPPORT OF LEGAL FEES**

Pending before this Court is the Parties Agreed Motion to File the *First Amended Agreed Motion for Order Approving Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice* ("First Amended Motion"), revised settlement agreement, and brief in support of fees. For the reasons set forth in the Motion, the Court finds that good cause exists for filing the *First Amended Agreed Motion,* and Exhibits under seal. Accordingly, the motion for leave is hereby

**GRANTED** and the revised Settlement Agreement, the revised motion to approve the settlement agreement, the revised settlement, and the brief in support of legal fees are filed under seal.

SIGNED on this   30th   day of   June  , 2021.



United States District Judge

1